LTG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

KEVIN ANDERSON,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

COMPLAINT AND
AFFIDAVIT IN SUPPORT
OF AN ARREST WARRANT

Case No. 21-MJ-0017 (PK)

(18 U.S.C. § 922(g)
and 924(c)(1)(a)(i))

EASTERN DISTRICT OF NEW YORK, SS:

      OMAR GARIB, being duly sworn, deposes and states that he is a Task Force Officer and New York City Police Department ("NYPD") Detective assigned to the Department of Justice, duly appointed according to law and acting as such.

      On or about January 4, 2021, within the Eastern District of New York, the defendant KEVIN ANDERSON, knowing that he had been previously convicted in a court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting interstate or foreign commerce a firearm and ammunition, to wit: a .40 caliber glock semi-automatic pistol and ammunition.

      (Title 18, United States Code, Section 922(g))

      On or about January 4, 2021, within the Eastern District of New York, the defendant KEVIN ANDERSON did knowingly and intentionally use and carry a firearm

during and in relation to a drug trafficking crime, to wit: a violation of Title 21 U.S.C. § 841(a)(1), and did knowingly and intentionally possess said firearm in furtherance of such drug trafficking crime.

(Title 18, United States Code, Section 924(c)(1)(A)(i))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Task Force Officer with the NYPD and have been involved in the investigation of numerous cases involving the recovery of firearms and ammunition and drug trafficking offenses. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record and body camera footage; and from reports of other law enforcement officers involved in the investigation.

2. On January 4, 2021, at approximately 4:00 p.m., in the vicinity of Troy Avenue and Herkimer Street, uniform officers on routine patrol from the NYPD observed a grey Jeep Cherokee, NYS License # HVN3895 (the "Jeep") run a red light. Officers followed the vehicle for another block at which point the driver of the Jeep, later identified as the defendant KEVIN ANDERSON, committed another traffic infraction. Then, the officers pulled the Jeep over, exited their vehicle and approached the Jeep, at which point the defendant ANDERSON sped away in the Jeep. The officers ran back to the police vehicle and chased defendant ANDERSON, who was driving erratically and hitting into other cars, for several

---

[1] Because this affidavit is being submitted for the limited purpose of establishing probable cause to arrest, I have not set forth every fact learned during the course of this investigation.

blocks. Ultimately, the Jeep came to a stop after defendant ANDERSON crashed into another car. Immediately after the crash, the defendant ANDERSON exited the vehicle and fled on foot. Officers then chased defendant ANDERSON and found him laying on the ground, as he had injured himself while fleeing.

3. Shortly thereafter, officers recovered a .40 caliber glock semi-automatic pistol loaded with 15 rounds of ammunition under a parked vehicle in close proximity to defendant ANDERSON. Officers then obtained video surveillance from a commerical establishment which captured the defendant ANDERSON running and falling whereupon a black object is observed falling from his person to the sidewalk. Then, defendant ANDERSON is observed shoving the black object under the parked vehicle, in the exact location where officers recovered the loaded .40 caliber glock semi-automatic pistol.



4. Attendant to his arrest, an officer recovered 22 grams of a white rock-like substance from defendant ANDERSON's jacket pocket, believed to be crack cocaine. The amount of alleged crack recovered is sale weight, based upon my training and experience.

5. A review of the defendant KEVIN ANDERSON's criminal history reveals that on September 26, 2012, he was convicted of Criminal Possession of a Controlled Substance in the Third Degree, with intent to sell, a B Felony.

6. I have conferred with a Nexus expert, a Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), who has informed me, in substance and in part, that the recovered firearm was manufactured outside the state of New York.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant KEVIN ANDERSON so that he be dealt with according to law.

_____
OMAR GARIB
Task Force Officer
New York City Police Department

Sworn to before me this
8 X̶t̶h̶ day of January, 2̶0̶21 by telephone

_____
THE HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

United States of America
v.
KEVIN ANDERSON

)
)
)
)
)
)
)

Case No. 21-M-0017 (PK)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **KEVIN ANDERSON**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Firearm as a Prohibited Person
Possession of a Firearm in Furtherance of a Drug Trafficking Offense

Date: 01/08/2021

*Issuing officer's signature*

City and state: Brooklyn, New York

HONORABLE PEGGY KUO, USMJ
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____